David D. Lefler, Appellant, v. James S. Brown,

Respondent. — Judgment and order affirmed, with costs.